UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRIS EBERHARDT, | Case No. 5:24-cv-03183-PCP |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| U-HAUL INTERNATIONAL, INC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendant and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 6, 2025

_____
P. CASEY PITTS
United States District Judge